Filed April 17, 1894.

---

No. 1,239.

LOCK ET AL. *v.* THE STATE, FOR USE.

From the Blackford Circuit Court.

*R. S. Gregory, A. C. Silverburg* and *J. N. Templer*, for appellants.
*W. H. Carroll, G. Dean, B. G. Shinn* and *E. Pierce*, for appellee.

PER CURIAM.—Upon the authority of *Wilson* v. *State, ex rel.*, 9 Ind. App. 696, decided this day, the judgment in this cause is affirmed.

Filed Feb. 15, 1894.